Teresa POLITE, Appellant,

v.

ARKANSAS DEPARTMENT OF CORRECTION, Appellee.

No. 09–1269.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2010.

Filed: Jan. 12, 2010.

Teresa Polite, McGehee, AR, pro se.

Melanie Winslow Hoover, Ashley Argo Priest, Attorney General's Office, Little Rock, AR, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Teresa Polite appeals the district court's [1] dismissal without prejudice of her civil rights action for failure to comply with a court order. Upon careful review, we conclude that the district court did not abuse its discretion in dismissing the action. *See* Fed.R.Civ.P. 37(b)(2), 41(b); *Doe v. Cassel*, 403 F.3d 986, 990 (8th Cir. 2005) (per curiam) (Rule 41(b) dismissal); *Hairston v. Alert Safety Light Prods., Inc.*, 307 F.3d 717, 718–19 (8th Cir.2002) (Rule 37(b) dismissal). We also decline to consider the arguments raised for the first

---

[1] The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

time on appeal. Accordingly, we affirm. *See* 8th Cir. R. 47B.